No. 91–5764.  CUMBER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5767.  LAJOIE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–5772.  VERDIER *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 91–5773.  JIMENEZ-LOPERA *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 91–5778.  CAMERON *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 91–5779.  DIAL *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 91–5781.  GIRARDIN *v.* PYLE, SUPERINTENDENT, FOUR MILE CORRECTIONAL CENTER.  C. A. 10th Cir.  Certiorari denied.

No. 91–5791.  TOLLIVER *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 91–5804.  MATUTE *v.* PROCOAST NAVIGATION LTD. ET AL.; and MATUTE *v.* LLOYD BERMUDA LINES, LTD., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 91–5809.  TOWNSEND *v.* HARRIS.  Ct. App. N. C.  Certiorari denied.

No. 91–5822.  LITTLE *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 91–5832.  CHAPMAN *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 90–1800.  GRUMMAN AEROSPACE CORP. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.  JUSTICE BLACKMUN would grant certiorari.

No. 90–1887.  CONNECTICUT *v.* MOONEY.  Sup. Ct. Conn.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE WHITE would grant certiorari.